

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00478-CR

Jorge Hernandez **CANTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 13th Judicial District Court, Navarro County, Texas
Trial Court No. D34835-CR
Honorable James E. Lagomarsino, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  December 31, 2013

DISMISSED

       Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

We grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a).


                              PER CURIAM


Do not publish